B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Minnesota | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>International Event Marketing, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Taste of Minnesota |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>3300 Edinborough Way<br>Suite 601<br>Edina, MN 55435 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Hennepin      ZIP CODE<br>55435 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>Edina, Minnesota | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
 b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

RECEIVED

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Kevin Campbell
Signature of Petitioner or Representative (State title)
International Graffitti, Inc.
Name of Petitioner
Date Signed 11/29/10

Name & Mailing Address of Individual Signing in Representative Capacity:
Kevin Campbell
4030 Granada Ave. N.
Oakdale, MN 55128

x _[signature]_ 11·23·10
Signature of Attorney    Date
Samuel L. Stern PLLC
Name of Attorney Firm (If any)
247 Third Avenue South, Minneapolis MN 55415
Address
612-333-0102
Telephone No.

---

x _[signature]_
Signature of Petitioner or Representative (State title)
McFarland Cahill Communications
Name of Petitioner
Date Signed 11-29-10

Name & Mailing Address of Individual Signing in Representative Capacity:
Teresa McFarland
16180 Hastings Ave SE
Suite 301
Prior Lake, MN 55372

x _[signature]_ 11·23·10
Signature of Attorney    Date
Samuel L. Stern PLLC
Name of Attorney Firm (If any)
247 Third Avenue South, Minneapolis MN 55415
Address
612-333-0102
Telephone No.

---

x _[signature]_
Signature of Petitioner or Representative (State title)
Brian Turner
Name of Petitioner
Date Signed 11/29/10

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Turner
1600 Utica Ave S
Suite 400
St. Louis Park, MN 55416

x _[signature]_ 11·23·10
Signature of Attorney    Date
Samuel L. Stern PLLC
Name of Attorney Firm (If any)
247 Third Avenue South, Minneapolis MN 55415
Address
612-333-0102
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| International Graffitti, Inc. (see above) | Services | 23,025.66 |
| McFarland Cahill Communications (see above) | Services | 32,519.64 |
| Brian Turner (see above) | Services | 18,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $237,149.25

_9_ continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC     **Involuntary Petition**

## REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**Box Office Sales & Services**

By: _____

Its: _President_____

Date Signed: __11/20/10_____

**Name & Address of Petitioner:**
Box Office Sales & Services
Attn: Rick Olsen
9000 Chicago Ave. S.
Minneapolis, MN 55420

**Name & Address of Individual Signing in Representative Capacity:**
Rick Olsen
9000 Chicago Ave. S.
Minneapolis, MN 55420

**Nature of Claim:**
Services

**Amount of Claim:**
~~$4,426.55~~
$8,700.00  (2)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC

**Involuntary Petition**

## REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

CRAVE

By: _Kam T_ (signature)

Its: _CEO_

Date Signed: _11.29.10_

**Name & Address of Petitioner:**
CRAVE
Attn: Kam Talebi
2801 Hennepin Ave.
Minneapolis, MN 55408

**Name & Address of Individual Signing in Representative Capacity:**
Kam Talebi
2801 Hennepin Ave.
Minneapolis, MN 55408

**Nature of Claim:**
Goods and Services

**Amount of Claim:**

$ _25,629.11_

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC      **Involuntary Petition**

### REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**Cummins NPower**

By: _[signature]_

Its: _Credit Manager_

Date Signed: _11/29/2010_

**Name & Address of Petitioner:**
Cummins NPower
Attn: Glenn J. Schuster
1600 Buerkle Rd.
White Bear Lake, MN 55110

**Name & Address of Individual Signing in Representative Capacity:**
Glenn J. Schuster
1600 Buerkle Rd.
White Bear Lake, MN 55110

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$63,108.07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC            **Involuntary Petition**

## REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Gass Concessions *INC.*

By: *[signature]*

Its: CEO

Date Signed: 11/24/10

**Name & Address of Petitioner:**
Gass Concessions
Attn: Craig Gass
4585 Norwood Lane
Plymouth, MN 55442

**Name & Address of Individual Signing in Representative Capacity:**
Craig Gass
4585 Norwood Lane
Plymouth, MN 55442

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$15,568.90

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC        **Involuntary Petition**

### REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**Gibson Global, LLC**

By: _/s/ Rick Gibson_

Its: _PRESIDENT/OWNER_

Date Signed: _11/29/2010_

**Name & Address of Petitioner:**
Gibson Global, LLC
Attn: Rick Gibson
2668 Glenhurst Ave.
St. Louis Park, MN 55416

**Name & Address of Individual Signing in Representative Capacity:**
Rick Gibson
2668 Glenhurst Ave.
St. Louis Park, MN 55416

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$2,325.00

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC        **Involuntary Petition**

### REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Hansen Bros. Fence

By: _____

Its: _____ President _____

Date Signed: 11/27/10

**Name & Address of Petitioner:**
Hansen Bros. Fence
Attn: Chris Hansen
1701 James Circle N.
Minneapolis, MN 55433

**Name & Address of Individual Signing in Representative Capacity:**
Chris Hansen
1701 James Circle N.
Minneapolis, MN 55433

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$20,572.00

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC    **Involuntary Petition**

## REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**JBJ Dining**

By: _[signature]_

Its: _President_

Date Signed: _11.23.2010_

**Name & Address of Petitioner:**
JBJ Dining
Attn: Jill Skogheim
1301 American Blvd. East
Suite 220
Bloomington, MN 55425

**Name & Address of Individual Signing in Representative Capacity:**
Jill Skogheim
1301 American Blvd. East
Suite 220
Bloomington, MN 55425

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$11,151.85

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

International Event Marketing, LLC         **Involuntary Petition**

### REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**Kreativesmith, Inc.**

By: _Kelly Smith - Kelly Smith_

Its: _CEO_

Date Signed: _11-28-2010_

**Name & Address of Petitioner:**
Kreativesmith, Inc.
Attn: Kelly Smith
6109-34th Avenue North
Crystal, MN 55422

**Name & Address of Individual Signing in Representative Capacity:**
Kelly Smith
6109-34th Avenue North
Crystal, MN 55422

**Nature of Claim:**
Goods & Services

**Amount of Claim:**
$9,275.00

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:
International Event Marketing, LLC     **Involuntary Petition**

## REQUEST FOR RELIEF

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**Q Events, LLC**

By: _____

Its: _____Chief Manager_____

Date Signed: _24 Nov. 2010_

**Name & Address of Petitioner:**
Q Events, LLC
Attn: Rob Smith
12650 Zenith Ave
Burnsville, MN 55337

**Name & Address of Individual Signing in Representative Capacity:**
Rob Smith
12650 Zenith Ave
Burnsville, MN 55337

**Nature of Claim:**
Goods and Services

**Amount of Claim:**
$7,274.02